Shalini Dogra, SBN 309024
2219 Main Street, Unit 239
Santa Monica, CA 90405

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Alain Michael, an individual on behalf of himself and all others similarly situated; Lynetta Huffman, individually and on behalf of all others similarly situated; Karen Asher on behalf of herself and all others similarly situated

Plaintiff(s),

v.

Nutrishus Brands, Inc., a Georgia Corporation and DOES 1 through 50 inclusive

Defendant(s).

CASE NUMBER

2:22-cv-08746-SPG-MAR

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

Plaintiffs dismiss this action in its entirety with prejudice _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

January 25, 2023
_____
*Date*

_____
*Signature of Attorney/Party*

*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*